# United States Bankruptcy Court
## Southern District of Florida

In re: **Medical Staffing Network Holdings, Inc.**
Debtor(s)

Case No. **10-29101(EPK)**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities[1] | Kind of Interest |
|---|---|---|---|
| Artisan Partners Limited Partnership<br>875 East Wisconsin Avenue, Suite 800<br>Milwaukee, WI 53202 | Common Stock | 2,747,100 shares | Equity |
| Cede & Co[2]<br>C/o The Depository Trust Company<br>55 Water Company<br>New York, NY 10041 | Common Stock | 15,406,226 shares | Equity |
| Kevin S. Little[3]<br>901 Yamato Road Suite 110<br>Boca Raton, FL 33431 | Common Stock | 855,508 shares | Equity |
| Nautic Management V, LP<br>50 Kennedy Plaza<br>Providence, RI 02903 | Common Stock | 2,943,616 shares | Equity |
| Robert J. Adamson[4]<br>901 Yamato Road, Suite 110<br>Boca Raton, FL 33431 | Common Stock | 1,395,668 shares | Equity |
| Warburg Pincus Private Equity VIII, L.P.<br>466 Lexington Avenue<br>New York, NY 10017 | Common Stock | 14,525,036 shares | Equity |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 16, 2010**

Signature _Mohsin Meghji_

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

---

[1] Number of securities as of 3/28/10, except for Cede & Co, whose report date is as of 7/2/10
[2] Cede & Co is The Depository Trust Company for Medical Staffing Network Holdings, Inc's publicly traded security in street name
[3] K. Little has stock options of 277,450, which have been excluded from the number of securities above
[4] R. Adamson has stock options of 796,076, which have been excluded from the number of securities above

Sheet 1 of 1 in List of Equity Security Holders