

**ORDERED in the Southern District of Florida on August 20, 2010.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| MEDICAL STAFFING NETWORK HOLDINGS, INC., *et al.*,[1] | Case No. 10-29101-BKC-EPK |
| | Jointly Administered |
| Debtors. | |
| _____/ | |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR ENTRY OF ORDER AMENDING ORDER (A) APPROVING COMPETITIVE BIDDING AND SALE PROCEDURES; (B) APPROVING FORM AND MANNER OF NOTICES; (C) APPROVING ASSET PURCHASE AGREEMENT; (D) SCHEDULING DATES TO CONDUCT AUCTION AND HEARING TO CONSIDER FINAL APPROVAL OF SALE, INCLUDING TREATMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; (E) AUTHORIZING SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; AND (F) GRANTING RELATED RELIEF IN REGARD TO TERMS PURSUANT TO WHICH DEBTORS MAY ASSUME AND ASSIGN CONTRACTS**

**THIS MATTER** came before the Court for hearing on August 20, 2010 at 10:30 a.m. in

---

[1] The address of each of the Debtors is 901 Yamato Road, Suite 110, Boca Raton, FL 33431; and the last four digits of the taxpayer identification number of each of the Debtors follows in parenthesis: (i) Medical Staffing Network Holdings, Inc. (5171); (ii) Medical Staffing Holdings, LLC (2662); (iii) Medical Staffing Network, Inc. (9868); (iv) MSN-Illinois Holdings, Inc. (4402); (v) InteliStaf Holdings, Inc. (4008); (vi) InteliStaf Group, Inc. (7220); (vii) Medical Staffing Network of Illinois, LLC (4409); (viii) Medical Staffing Network Assets, LLC (4413); (ix) InteliStaf Healthcare, Inc. (7108); (x) InteliStaf Partners No. 1, LLC (2832); (xi) InteliStaf Partners No. 2, LLC (5965); and (xii) InteliStaf Healthcare Management, L.P. (7958).

3023883-1

West Palm Beach, Florida upon the *Debtors' Emergency Motion for Entry of Order Amending Order (A) Approving Competitive Bidding and Sale Procedures; (B) Approving Form and Manner of Notices; (c) Approving Asset Purchase Agreement; (D) Scheduling Dates to Conduct Auction and Hearing to Consider Final Approval of Sale, Including Treatment of Executory Contracts and Unexpired Leases; (E) Authorizing Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; and (F) Granting Related Relief* (D.E. 290) (the "Motion"). The Court, having heard argument of counsel, having considered the Motion and the record before the Court and finding good cause for granting thereof, does thereupon

**ORDER** as follows:

1. The Motion is **GRANTED** and the Bid Procedures Order[2] dated July 22, 2010 (D.E. 194) as defined in the Motion is hereby amended, as more particularly set forth herein, with regard to the terms under which the Debtors may assume and assign executory contracts, including service of the Cure Notice.

2. Paragraph 14 of the Bid Procedures Order is hereby amended to provide that the deadline for the Debtors to serve the Cure Notice on all non-Debtor Parties to the Customer Contracts is hereby extended to **August 19, 2010**.

3. Paragraph 15 of the Bid Procedures Order is hereby amended to provide that the deadline for a non-Debtor party to a Customer Contract to file a Cure Amount Objection is hereby extended to no later than **August 26, 2010**, but this deadline shall only be extended for such parties receiving the Cure Notice for a Customer Contract and shall not act to extend the time for any other party to file a Cure Amount Objection. Any timely Cure Amount Objections

---

[2] Capitalized terms used but not defined herein have the meaning ascribed to such terms in the Asset Purchase Agreement, the Bid Procedures Order or the Motion, as applicable.

filed shall be heard on **August 27, 2010 at 9:30 a.m.**

4.     Paragraph 16 of the Bid Procedures Order is hereby amended to provide that if the Proposed Purchaser is not the Prevailing Bidder, the non-Debtor parties to the Customer Contracts shall have until **August 26, 2010** to object to the assumption and assignment of such Customer Contract, but this deadline shall only be extended for such parties receiving the Cure Notice for a Customer Contract and shall not act to extend the time for any other party to object. Any timely objections filed shall be heard on **August 27, 2010 at 9:30 a.m.**

5.     Paragraph 18 of the Bid Procedures Order is hereby amended to provide that notwithstanding the inclusion of an executory contract or unexpired lease on any list of Scheduled Contracts, the Proposed Purchaser or other Prevailing Bidder shall have authority to exclude from the definition of Purchased Assets (pursuant to the applicable schedule) and include in the definition of Excluded Assets any contract or lease from the list of Scheduled Contracts at any time on or prior to the second day prior to the Closing Date.

6.     Paragraph 19 of the Bid Procedures Order is hereby amended to provide that (i) within two business days after the Closing Date, the Debtors shall file a complete list of the Scheduled Contracts that were assumed and assigned as Assigned Contracts under the Asset Purchase Agreement, as of the Closing Date and (ii) the Purchaser shall have up to 30 days after the Closing Date (the "Closing Retention Period"), to designate a Non-Assumed Contract to be an Assumed Contract by written notice to Sellers (an "Assumed Contract Assumption Notice"). Any Non-Assumed Contract for which Purchaser has not provided an Assumed Contract Assumption Notice prior to the end of the Contract Retention Period shall automatically be deemed to be a Non-Assumed Contract, which Sellers may reject or seek to reject without any further consent of the Purchaser.

7. Other than as provided herein, all other terms and conditions of the Bid Procedures Order and Asset Purchase Agreement, as amended, shall remain in full force and effect.

# # #

Submitted by:
Leslie Gern Cloyd, Esq.
Berger Singerman, P.A.
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301
Tel. (954) 525-9900
Fax (954) 523-2872
E-mail:  lcloyd@bergersingerman.com

Copy furnished to:
Leslie Gern Cloyd, Esq.
*(Attorney Cloyd is directed to serve a conformed copy of this Order upon all interested parties, and to file a Certificate of Service with the Court).*