UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov



IN RE:

MEDICAL STAFFING NETWORK
HOLDINGS, INC., *et al* [1]
    Debtors.

Chapter 11 Cases

Case No. 10-29101-BKC-EPK
(Joint Administered)

## FEE APPLICATION

Michael S. Miller, an ordinary course professional retained by the debtors, applies for interim compensation for fees for services rendered and costs incurred in this Chapter 11 proceeding. This application is filed pursuant to the July 22, 2010 Order Granting Debtors' motion for Order Establishing procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals, 11 U.S.C. §330 and Bankruptcy Rule 2016, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1). The exhibits attached to this application, pursuant to the Guidelines, are the two (2) invoices issued by this professional for services rendered to the debtor.

The first invoice is for $160.30 for legal fees and $6.60 for disbursements for a total of $166.90. The invoice is paid in full.

---

[1] The address of each of the Debtors is 901 Yamato Road, Suite 110, Boca Raton, FL 33431; and the last four digits of the taxpayer identification number of each of the Debtors is as follows in parenthesis: (i) Medical Staffing Network Holdings, Inc. (5171); (ii) Medical Staffing Holdings, LLC (2662); (iii) Medical Staffing Network, Inc. (9868); (iv) MSN-Illinois Holdings, Inc. (4402); (v) InteliStaf Holdings, Inc. (4008); (vi) InteliStaf Group, Inc. (7220); (vii) Medical Staffing Network of Illinois, LLC (4409); (viii) Medical Staffing Network Assets, LLC (4413); (ix) InteliStaf Healthcare, Inc. (7108); (x) InteliStaf Partners No. 1, LLC (2932); (xi) InteliStaf Partners No. 2, (5964); and (xii) InteliStaf Healthcare Management, L.P. (7958).

The second invoice is for $19.68 for the costs of disbursements. This invoice remains outstanding.

The applicant's law firm was retained to defend a former employee of the debtors in connection with a medical malpractice claim filed in the Supreme Court of the State of New York, County of Kings, encaptioned Michael McRae v. Donna Hay, et al., Index No. 4393-2008. The case was litigated for one and one-half years, at which point a settlement was reached in early 2010. The settlement funds are being paid by defendants other than the debtors or their insurer. At this point in time, the applicant's involvement with the claim is to ensure that the case is dismissed as to the debtors' former employee after the settlement is approved by either the Surrogate's Court or the New York Court of Claims.

The applicant believes that the requested fee, of $160.30 for hours worked, is reasonable considering the twelve factors enumerated in Johnson v. Georgia Highway Express, Inc., 488 F.2d 714 (5th Circuit 1974), made applicable to bankruptcy proceedings by In re First Colonial Corp. of America, 544 F.2d 1291 (5th Cir. 1977).

The applicant seeks an interim award of fees in the amount of $160.30 and costs in the amount of $26.28.

Executed on October 22, 2010

                                            MICHAEL S. MILLER

TOMPKINS, McGUIRE, WACENFELD & BARRY, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-3000
mmiller@tompkinsmcguire.com

709207

## CERTIFICATION

1.  I have been designated by Tompkins, McGuire, Wachenfeld & Barry, LLP (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2.  I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the application.

3.  The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.  In seeking reimbursement for the expenditures described on Exhibit 2, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.  In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.  The following are the variances with the provisions of the Guidelines, the

3

date of each court order approving the variance, and the justification for the variance: None.

Executed on October 22, 2010

_____
MICHAEL S. MILLER

4

709207

# PROOF OF SERVICE

**I, MICHAEL S. MILLER, declare under penalty of perjury:**

That on October 22, 2010, I caused copies of the foregoing Fee Application and Certification to be served via First Class Mail upon the following:

| |
|---|
| Loughlin Meghji & Co.<br>*Attn:* Moshin Y. Meghji,<br>Debtors' Chief Restructuring Officer<br>220 W. 42nd Street<br>9th Floor<br>New York, N.Y. 10036 |
| Leslie Gern Cloyd, Esq.<br>Berger Singerman, P.A.<br>350 E. Las Olas Boulevard<br>Suite 100<br>Fort Lauderdale, FL 33301 |
| Office of the United States Trustee<br>51 S.W. 1st Avenue<br>Room 1204<br>Miami, FL 33130 |
| Latham & Watkins LLP<br>*Attn: David S. Heller, Esq. and Roger G. Schwartz, Esq.*<br>*counsel for the DIP Agent and First Lien Agent, General Electric Capital Corporation)*<br>885 Third Avenue<br>New York N.Y. 10022-4834 |
| Okin Adams & Kilmer LLP<br>*Attn:* Brian A. Kilmer, Esq.<br>*(counsel for the Second Lien Agent, NexBank, SSB)*<br>3102 Maple Avenue<br>Suite 240<br>Dallas, TX 75201 |

Pursuant to U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2010

_____
MICHAEL S. MILLER

5

709207

# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

**Michael S. Miller**
*Partner*

FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102
Newark (973) 622-3000
New York (212) 714-1720
Fax (973) 623-7780
www.tompkinsmcguire.com

Tel: (973) 623-7562
E-Fax: (973) 623-7565
mmiller@tompkinsmcguire.com

August 10, 2010

Taryn Stewart, Account Manager
**ProClaim America, Inc.**
13176 N. Dale Mabry Highway #113
Tampa, FL  33618

Re:   Michael McRae v. Donna Hay, et al
      Index No. 4393-2008
      - **AND** -
      In re Medical Staffing Network, Inc.
      Case No. 10-29102-BKC-EPK
      Your Claim No.: 28-2830
      Our file 4535-9

Dear Ms. Stewart:

Enclosed herein please find a copy of my firm's interim bill for the legal services provided in connection with this matter through 7/31/10. I trust that you will find everything to be in order. If so, kindly place this invoice in line for payment at your earliest possible convenience.

Very truly yours,

Michael S. Miller

Enc.
Cc:  All parties on attached list
     Accounting

# TOMPKINS, McGUIRE, WACHENFELD & BARRY

Page 2

### Parties to Be Billed

Loughlin Meghji & Co.
<u>Attn</u>: Moshin Y. Meghji,
Debtors' Chief Restructuring Officer
220 W. 42nd Street
9th Floor
New York, N.Y. 10036

Leslie Gern Cloyd, Esq.
Berger Singerman, P.A.
350 E. Las Olas Boulevard
Suite 100
Fort Lauderdale, FL 33301

Office of the United States Trustee
51 S.W. 1st Avenue
Room 1204
Miami, FL 33130

Latham & Watkins LLP
<u>Attn</u>: David S. Heller, Esq. and Roger G. Schwartz, Esq.
counsel for the DIP Agent and First Lien Agent, General Electric
Capital Corporation)
885 Third Avenue
New York N.Y. 10022-4834

Okin Adams & Kilmer LLP
<u>Attn</u>: Brian A. Kilmer, Esq.
(counsel for the Second Lien Agent, NexBank, SSB)
3102 Maple Avenue
Suite 240
Dallas, TX 75201

# TOMPKINS, McGUIRE, WACHENFELD & BARRY LLP
**Four Gateway Center**
**100 Mulberry Street**
**Newark, New Jersey 07102-4056**
**Federal Tax ID. 22-2491440**

August 11, 2010

Billing Through:   7/31/2010

Invoice No.   4535    00009    74961        RFC

ProClaim America, Inc.
13176 N. Dale Mabry Hwy #113
Tampa, FL 33618
Taryn Stewart
Account Manager

Re:  McRae, Michael et al v Hay, Donna et al

| | |
|---|---:|
| Balance forward as of last invoice dated 07/28/2010 | $361.41 |
| Net balance forward | $361.41 |

### PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | | |
|---|---|---|---|---|---:|
| 07/15/2010 | MSM | Settlement/Non-Binding ADR Communicate (other outside counsel) Phone call with pl atty re status of settlement and court approval | 0.30 hrs | | |
| 07/15/2010 | MSM | Settlement/Non-Binding ADR Communicate (with client) E-mail with client re status of settlement | 0.20 hrs | | |
| 07/19/2010 | MSM | Analysis/Strategy Communicate (with client) Phone call with Chan re status of case | 0.20 hrs | | |
| | | Miller, M. S. | 0.70 hrs | 229 $/hrs | $160.30 |
| | | Total fees | 0.70 hrs | | $160.30 |

### DISBURSEMENTS

| | |
|---|---:|
| Copying | 6.60 |
| **Total disbursements** | $6.60 |

ProClaim America, Inc.           Page 2
Invoice No.  4535      00009      74961

## BILLING SUMMARY

| | |
|---|---:|
| FEES | $160.30 |
| DISBURSEMENTS | $6.60 |
| **TOTAL AMOUNT DUE FOR THIS INVOICE** | **$166.90** |
| PRIOR UNPAID INVOICE(S) | $361.41 |
| **PRIOR UNPAID INVOICE(S) AND CURRENT BILLING** | **$528.31** |

# TOMPKINS, McGUIRE, WACHENFELD & BARRY, LLP

*Counselors at Law*

Michael S. Miller
*Partner*

FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NEW JERSEY 07102
Newark (973) 622-3000
New York (212) 714-1720
Fax (973) 623-7780
www.tompkinsmcguire.com

Tel: (973) 623-7562
E-Fax: (973) 623-7565
mmiller@tompkinsmcguire.com

September 10, 2010

Taryn Stewart, Account Manager
**ProClaim America, Inc.**
13176 N. Dale Mabry Highway #113
Tampa, FL   33618

      Re:    Michael McRae v. Donna Hay, et al
            Index No. 4393-2008
            - *AND* -
            In re Medical Staffing Network, Inc.
            Case No. 10-29102-BKC-EPK
            Your Claim No.:   28-2830
            <u>Our file 4535-9</u>

Dear Ms. Stewart:

    Enclosed herein please find a copy of my firm's interim bill for the legal services provided in connection with this matter through 8/31/10.  I trust that you will find everything to be in order.  If so, kindly place this invoice in line for payment at your earliest possible convenience.

                          Very truly yours,

                          Michael S. Miller

Enc.
Cc:   All parties on attached list
      Accounting

## TOMPKINS, McGUIRE, WACHENFELD & BARRY

Page 2

### Parties to Be Billed

Loughlin Meghji & Co.
<u>Attn</u>: *Moshin Y. Meghji,*
Debtors' Chief Restructuring Officer
220 W. 42nd Street
9th Floor
New York, N.Y. 10036

Leslie Gern Cloyd, Esq.
Berger Singerman, P.A.
350 E. Las Olas Boulevard
Suite 100
Fort Lauderdale, FL 33301

Office of the United States Trustee
51 S.W. 1st Avenue
Room 1204
Miami, FL 33130

Latham & Watkins LLP
<u>Attn</u>: *David S. Heller, Esq. and Roger G. Schwartz, Esq.*
*counsel for the DIP Agent and First Lien Agent, General Electric Capital Corporation)*
885 Third Avenue
New York N.Y. 10022-4834

Okin Adams & Kilmer LLP
<u>Attn</u>: *Brian A. Kilmer, Esq.*
*(counsel for the Second Lien Agent, NexBank, SSB)*
3102 Maple Avenue
Suite 240
Dallas, TX 75201

# TOMPKINS, McGUIRE, WACHENFELD & BARRY LLP

**Four Gateway Center**
**100 Mulberry Street**
**Newark, New Jersey 07102-4056**
**Federal Tax ID. 22-2491440**
**Tel. (973) 622-3000**

September 10, 2010

Billing Through:   8/31/2010

Invoice No.  4535    00009    75444        RFC

ProClaim America, Inc.
13176 N. Dale Mabry Hwy #113
Tampa, FL 33618
Taryn Stewart
Account Manager

Re:  McRae, Michael et al v Hay, Donna et al

| | |
|---|---:|
| Balance forward as of last invoice dated 08/11/2010 | $528.31 |
| Payments received since last bill (last payment 08/24/2010) | ($335.81) |
| Net balance forward | $192.50 |

## DISBURSEMENTS

| | |
|---|---:|
| Fedex and/or UPS | 13.78 |
| Copying | 5.90 |
| **Total disbursements** | $19.68 |

ProClaim America, Inc.            Page 2
Invoice No.  4535        00009      75444

**BILLING SUMMARY**

| | |
|---|---:|
| FEES | $0.00 |
| DISBURSEMENTS | $19.68 |
| **TOTAL AMOUNT DUE FOR THIS INVOICE** | **$19.68** |
| PRIOR UNPAID INVOICE(S) | $192.50 |
| **PRIOR UNPAID INVOICE(S) AND CURRENT BILLING** | **$212.18** |