## UNITED STATES BANKRUPTCY COURT
SOUTHERN    **DISTRICT OF** FLORIDA
WEST PALM BEACH    **DIVISION**

| | | |
|---|---|---|
| IN RE: | **HNI STAFFING, INC.** } | **CASE NUMBER: 10-29102-EPK** |
| | } | |
| | } | |
| | } | **JUDGE: Hon. Erik P. Kimball** |
| | } | |
| | **DEBTORS.** } | **CHAPTER 11** |

### PLAN TRUSTEE'S POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
**FROM** ___January 1, 2014___ **TO** ___March 31, 2014___

Comes now the Plan Trustee for the liquidating trust of the above-named debtor and files its Post-Confirmation

Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _____4/15/14_____

_____
Plan Trustee

Debtor's Address
and Phone Number:
c/o Development Specialists, Inc.
Attn: Joseph J. Luzinski
200 S. Biscayne Blvd, Suite 1818
Miami, Florida 33131

Tel. (305) 374-2717

Attorney's Address
and Phone Number:
Berger Singerman LLP
Attn: Leslie Gern Cloyd, Esq.
350 E. Las Olas Boulevard, Suite 1000
Fort. Lauderdale, Florida 33301
Bar No. FBN 303305
Tel. (954) 525-9900

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the
United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States
Trustee website: http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 1**

| QUESTIONNAIRE | | YES* | NO |
|---|---|:---:|:---:|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | | YES | NO* |
|---|---|:---:|:---:|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**

**NOTE:** All insurances have been canceled and are not needed. All tangible assets of the estate have been sold or disposed of.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY      and      CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |

---

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**




**Estimated Date of Filing the Application for Final Decree: _____**

**MONTHLY OPERATING REPORT -
POST CONFIRMATION**

**ATTACHMENT NO. 2**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| **Case Name:** | HNI STAFFING, INC. |
| **Case Number:** | 10-29102-EPK |
| **Date of Plan Confirmation: March 17, 2011** | |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 0 | $ 0 |
| 2. | **INCOME or RECEIPTS during the Period** | $ 0 | $ 0 |

3. **DISBURSEMENTS**

| | | | Quarterly | Post Confirmation Total |
|---|---|---|---|---|
| a. | **Operating Expenses (Fees/Taxes):** | | | |
| | (i) | U.S. Trustee Quarterly Fees (see NOTE 1) | $ 0 | $ 0 |
| | (ii) | Federal Taxes | 0 | 0 |
| | (iii) | State Taxes | 0 | 0 |
| | (iv) | Other Taxes | 0 | 0 |
| b. | **All Other Operating Expenses:** | | $ 0 | $ 0 |
| c. | **Plan Payments:** | | | |
| | (i) | Administrative Claims | $ 0 | $ 0 |
| | | Priority Tax Claim | 0 | 0 |
| | (ii) | Class One | 0 | 0 |
| | (iii) | Class Two | 0 | 0 |
| | (iv) | Class Three | 0 | 0 |
| | (v) | Class Four (A) | 0 | 0 |
| | (vi) | Class Four (B) | 0 | 0 |
| | | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | | $ 0 | $ 0 |
| 1. | **CASH (End of Period)** | | $ 0 | $ 0 |

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 3**

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | NONE | | | |
| Account Number: | | | | |
| Purpose of Account (Operating/Payroll/Tax) | | | | |
| Type of Account (e.g. checking) | | | | |
| | | | | |
| 1.  **Balance per Bank Statement** | | | | |
| 2.  **ADD**:  Deposits not credited | | | | |
| 3.  **SUBTRACT**:  Outstanding Checks | | | | |
| 4.  Other Reconciling Items | | | | |
| 5.  **Month End Balance** (Must Agree with Books) | | | | |
| | | | | |

Note:  Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach copy of each investment account statement.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 4**

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | NONE |
|---|---|
| Account Number | |
| Purpose of Account (Operating/Payroll/Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |